**ORIGINAL**

FILED IN CHAMBERS
U.S D C. Atlanta

SEP 0 1 2009

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. 1:09-CR-318-TWT |
| JEFFREY MARTIN COLON-MOORE, Jr. | : | |
| CRYSTAL ERIN DAVIS | : | Superseding |
| DANNY BILL DAVIS | : | |
| ALEXANDER QUINN | : | |

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about June 28, 2009, in the Northern District of Georgia, defendant JEFFREY MARTIN COLON-MOORE, Jr., having been convicted on or about May 26, 2004, of the felony offense of Taking a Vehicle without Owner Consent, in the Superior Court of California, County of San Francisco, in file number 02157684, the aforesaid conviction being for a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, those being, a Kel-Tec PLR16 .223 caliber pistol and a .40 caliber, Smith & Wesson pistol, said possession being in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

From at least January 12, 2009 through June 28, 2009, within the Northern District of Georgia and elsewhere, defendants, JEFFREY MARTIN COLON-MOORE, Jr., CRYSTAL ERIN DAVIS and DANNY BILL DAVIS, did combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to commit an offense against the United States, that is to knowingly make false statements and representations with respect to the information required by law to be kept in the records of various federally licensed firearms dealers, by causing the names of defendants CRYSTAL ERIN DAVIS, DANNY BILL DAVIS, and others known to the grand jury as J.R.D. and J.A.D. to be recorded as the buyers (transferees) of the firearms, when in truth and in fact, defendant JEFFREY MARTIN COLON-MOORE, Jr. was the true transferee (buyer) of the firearms, in violation of Title 18, United States Codes, Section 924(a)(1)(A).

## MANNER AND MEANS

1.     At all times relevant to the conspiracy defendant JEFFREY MARTIN COLON-MOORE, Jr. was a convicted felon because on May 7, 2004 he was convicted in the State of California of the felony offense of Taking a Vehicle without Owner Consent, an offense punishable by more than one year in prison.

2.     Defendant JEFFREY MARTIN COLON-MOORE, Jr. contacted various federal firearms licensees (FFLs) and inquired about the

2

availability of firearms that could be purchased.

3.    In order to circumvent federal law prohibiting the sale of firearms to convicted felons, defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited residents from the state of Georgia to make straw purchases of firearms on his behalf.

4.    Additionally, defendant JEFFREY MARTIN COLON-MOORE, Jr. traveled to gun shows where he made purchases of firearms from individuals who were not federal firearms licensees (FFLs) because unlike FFLs, individuals are not required to conduct criminal background checks.

5.    Thus far it has been determined that defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited the following Georgia residents for the purpose of making straw purchases of approximately 65 firearms on his behalf: CRYSTAL ERIN DAVIS, DANNY BILL DAVIS, J.R.D. and J.A.D.

6.    The aforementioned Georgia residents agreed to purchase firearms which defendant JEFFREY MARTIN COLON-MOORE, Jr. selected.

7.    Once defendants CRYSTAL ERIN DAVIS, DANNY BILL DAVIS, and others known to the grand jury as J.R.D. and J.A.D. purchased the firearms, they would then surrender possession of these firearms to defendant JEFFREY MARTIN COLON-MOORE, Jr.

8.    Defendant JEFFREY MARTIN COLON-MOORE, Jr. used cellular telephones to communicate by voice and text message with people within and outside of the Northern District of Georgia about

3

purchasing, shipping and selling firearms.

9.    Defendant JEFFREY MARTIN COLON-MOORE, Jr., aided and abetted by defendant CRYSTAL ERIN DAVIS and a person known to the grand jury as J.A.D., shipped or caused firearms to be transported by contract carrier in interstate commerce, from the Northern District of Georgia to California, without notifying the carrier that firearms were contained in the package or parcel being shipped.

## OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the defendant JEFFREY MARTIN COLON-MOORE, Jr., and others known and unknown to the grand jury, committed and caused to be committed the following overt acts.

1.    Beginning at a time unknown, but not later than January 12, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited defendant CRYSTAL ERIN DAVIS to purchase firearms.

2.    On or about January 12, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy a Jimenez Arms, model JA380, .380 caliber pistol from the Canton Pawn Shop, a federal firearms licensee (FFL), located at 1750 Marietta Highway Suite 225, Canton, Georgia.

3.   On or about January 12, 2009, defendant CRYSTAL ERIN
DAVIS falsely stated in Alcohol, Tobacco, Firearms and Explosives
(ATF) Form 4473 that she was the actual buyer of the firearm from
the Canton Pawn Shop, when in truth and fact, she was purchasing
the firearm for defendant JEFFREY MARTIN COLON-MOORE, Jr.

4.   On or about April 13, 2009, defendant JEFFREY MARTIN
COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy three
firearms -- a Cobra Enterprises Inc., model FS380, .380 caliber
pistol, a Haskell Model JHP45, .45 caliber pistol and an Iberia
Firearms, model JCP40, .40 caliber pistol -- from the Cherokee Gun
& Pawn, an FFL located at 9430 Knox Bridge Highway, Canton,
Georgia.

5.   On or about April 13, 2009, defendant CRYSTAL ERIN DAVIS
falsely stated in an ATF Form 4473 that she was the actual buyer of
the firearms from Cherokee Gun & Pawn, when in truth and fact, she
was purchasing the firearms on behalf of defendant JEFFREY MARTIN
COLON-MOORE, Jr.

6.   Beginning at a date unknown to the grand jury, but not
later than April 15, 2009, defendant JEFFREY MARTIN COLON-MOORE,
Jr. recruited and caused defendant DANNY BILL DAVIS to buy
firearms.

7.   On April 15, 2009, defendant JEFFREY MARTIN COLON-MOORE,
Jr. caused defendant DANNY BILL DAVIS to buy a Hi-Point, model JCP,
.40 caliber pistol from the Canton Pawn Shop, an FFL located in

5

Canton, Georgia.

8.    On April 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Canton Pawn Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

9.    On April 21, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy eight Iberia Firearms, model JCP40, .40 caliber pistols from CBR Enterprises Inc. doing business as (d.b.a.) Harold's Pawn Shop, an FFL located at 2667 Summers Street, Northwest, Kennesaw, Cobb County, Georgia.

10.   On April 21, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Harold's Pawn Shop, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

11.   On April 25, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Haskell, model JHP45, .45 caliber pistols from A-Z Guns, an FFL located at 3258 Vineville Avenue, Macon, Georgia.

12.   On April 25, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from A-Z Guns, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

6

13.   On or after April 25, 2009, but not later than June 27, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL DAVIS, aided and abetted by each other and J.A.D., caused the Haskell, model JHP45, .45 caliber pistol purchased from A-Z Guns on April 25, 2009 to be shipped and transported from the Northern District of Georgia to California.

14.   On April 25, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Iberia Firearms, model JCP40, .40 caliber pistols and two Haskell, model JHP45, .45 caliber pistols from Southern Stuff, an FFL located at 8613 Highway 52 West, Dahlonega, Georgia.

15.   On April 25, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Southern Stuff, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

16.   Beginning at a date unknown to the grand jury, but not later than April 29, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. recruited J.R.D. to buy firearms.

17.   On April 29, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.R.D. to buy two Hi-Point, model CF380, .380 caliber pistols, from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

7

18. On April 29, 2009, defendant J.R.D. falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Cherokee Gun & Pawn, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

19. On April 30, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy one Hi-Point, model CF380, .380 caliber pistol and three Iberia Firearms, model JCP40, .40 caliber pistols from the Canton Pawn Shop, an FFL located in Canton, Georgia.

20. On April 30, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

21. On May 9, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy five Haskell, model JHP45, .45 caliber pistols and one Heritage MFG, Inc., model Rough Rider, .22 caliber revolver from the Canton Pawn Shop, an FFL located in Canton, Georgia.

22. On May 9, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN

8

COLON-MOORE, Jr.

23.  On May 13, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Haskell, model JHP45, .45 caliber pistols from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

24.  On May 13, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Cherokee Gun & Pawn, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

25.  On or after May 13, 2009, but not later than May 22, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL ERIN DAVIS aided and abetted by each other, and J.A.D., caused the Haskell, model JHP45, .45 caliber pistol purchased on May 13, 2009 to be shipped and transported from the Northern District of Georgia to California.

26.  On May 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Masterpiece Arms, model MPA30T-A, 9 millimeter caliber pistol from Cartersville Pawn-N-Shop, an FFL located at 134 West Main Street, Cartersville, Georgia.

27.  On May 16, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Cartersville Pawn-N-Shop, when in truth and fact, he

9

was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

28. On May 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy three Kel-Tec, model PLR22, .22 LR caliber pistols from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

29. On May 16, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Cherokee Gun & Pawn, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

30. On May 22, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant CRYSTAL ERIN DAVIS to buy two Iberia Firearms, model JCP40, .40 caliber pistols and three Haskell, model JHP45, .45 caliber pistols from the Canton Pawn Shop, an FFL located in Canton, Georgia.

31. On May 22, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

32. On May 22, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. traveled to the Canton Pawn Shop, located in Canton, Georgia.

33. On May 22, 2009, defendant JEFFREY MARTIN COLON-MOORE,

10

Jr. caused defendant CRYSTAL ERIN DAVIS to buy one Hi-Point, model JHP, .45 ACP pistol and one Hi-Point, model JCP, .40 S&W caliber pistol from Cherokee Gun & Pawn, an FFL located in Canton, Georgia.

34.   On May 22, 2009, defendant CRYSTAL ERIN DAVIS falsely stated in an ATF Form 4473 that she was the actual buyer of the firearms, when in truth and fact, she was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

35.   On May 28, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Smith & Wesson, model SW40VE, .40 caliber pistols from the Canton Pawn Shop, an FFL located in Canton, Georgia.

36.   On May 28, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

37.   On or after May 28, 2009, but not later than June 27, 2009, defendants JEFFERY MARTIN COLON-MOORE, Jr. and CRYSTAL ERIN DAVIS, aided and abetted by each other and J.A.D., caused a Smith & Wesson, model SW40VE, .40 caliber pistol purchased on May 28, 2009 to be shipped and transported from the Northern District of Georgia to California.

38.   On May 30, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy one Smith & Wesson,

11

model SW40VE, .40 caliber pistol from Southern Stuff, an FFL located at 8613 Highway 52 West, Dahlonega, Georgia.

39.  On May 30, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Southern Stuff, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

40.  On or about June 1, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL DAVIS, aided and abetted by each other and J.A.D., caused firearms to be shipped from the Northern District of Georgia to Vallejo, California by United Parcel Service (UPS), a contract carrier.

41.  On June 3, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Taurus, model PT24/7 Pro, .40 caliber pistol from CBR Enterprises, Inc., d.b.a. Harold's Pawn Shop, an FFL located in Kennesaw, Georgia.

42.  On June 3, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm purchased from Harold's Pawn Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

43.  On June 4, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model SW9VE, 9 millimeter caliber pistol from County Line Pawn, an

FFL located at 5060 Canton Road, Marietta, Georgia.

44.  On June 4, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm purchased from County Line Pawn, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

45.  On June 4, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Taurus, model 24/7, .40 caliber pistol from B & B Outdoors, an FFL located at 710 Holcomb Bridge Road, Suite 230, Roswell, Georgia.

46.  On June 4, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from B & B Outdoors, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

47.  On June 4, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model SW9VE, 9 millimeter caliber pistol from Nick's Guns & Range, an FFL located at 2727 Canton Road, Marietta, Georgia.

48.  On June 4, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Nick's Guns & Range, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

49. On June 9, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and CRYSTAL ERIN DAVIS aided and abetted by each other and J.A.D., caused firearms to be shipped from the Northern District of Georgia to Vallejo, California by UPS, a contract carrier.

50. On June 12, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Lorcin, model L9MM, 9 millimeter caliber pistol and an FEG, model PA63, 9 millimeter caliber pistol from the Canton Pawn Shop, an FFL located in Canton, Georgia.

51. On June 12, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from the Canton Pawn Shop, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

52. On June 15, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Bersa, model Thunder 9, 9 millimeter caliber pistol from Guns & Gold Pawnbrokers, an FFL located at 6468 Highway 92, Suite 240, Acworth, Georgia.

53. On June 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Guns & Gold Pawnbrokers, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

54. On June 15, 2009, defendant JEFFREY MARTIN COLON-MOORE,

14

Jr. caused defendant DANNY BILL DAVIS to buy a Kel-Tec, model P-11, 9 millimeter caliber pistol from County Line Pawn, an FFL located at 5060 Canton Road, Marietta, Georgia.

55. On June 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from County Line Pawn, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

56. On June 15, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model SW40VE, .40 caliber pistol from Nick's Guns & Range, an FFL located in Marietta, Georgia.

57. On June 15, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Nick's Guns & Range, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

58. On June 16, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and DANNY BILL DAVIS traveled to Harold's Pawn Shop in Kennesaw, Georgia, where defendant JEFFREY MARTIN COLON-MOORE, Jr., a person convicted of an offense punishable by more than one year of imprisonment, looked at and handled several firearms, including, a tactical Smith & Wesson pistol, a Glock pistol, a Skyy 9 millimeter pistol, a Keltec PLR and an AK-47 rifle.

15

59.   On June 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Smith & Wesson, model 639, 9 millimeter caliber pistol from the Cartersville Pawn-N-Shop, an FFL located in Cartersville, Georgia.

60.   On June 16, 2009, defendant DANNY BILL DAVIS falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Cartersville Pawn-N-Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

61.   On June 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.A.D. to buy a Kel-Tec, model Sub2000, 9 millimeter caliber rifle from the Canton Pawn Shop, an FFL located in Canton, Georgia.

62.   On June 16, 2009, J.A.D. falsely stated in an ATF Form 4473 that she was the actual buyer of the firearm from the Canton Pawn Shop, when in truth and fact, she was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

63.   On June 16, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.R.D. to buy one Smith & Wesson, model SW40VE, .40 caliber pistol and one Taurus, model PT92, 9 millimeter caliber pistol from Nick's Guns & Range, an FFL located in Marietta, Georgia.

64.   On June 16, 2009, J.R.D. falsely stated in an ATF Form 4473 that he was the actual buyer of the firearms from Nick's Guns

16

& Range, when in truth and fact, he was purchasing the firearms on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

65. On June 26, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. made a telephone call to contact Cherokee Gun & Pawn about purchasing a Kel-Tec model PLR16 .223 caliber firearm.

66. On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.R.D. to buy a Kel-Tec, model PLR-16, .223 caliber pistol from the Georgia Gun Store, an FFL located at 712 Winer Industrial Way, Lawrenceville, Georgia.

67. On June 27, 2009, J.R.D., falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Georgia Gun Store, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

68. On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Kel-Tec, model Sub2000, 9mm caliber rifle from the Georgia Gun Store, an FFL located in Lawrenceville, Georgia.

69. On June 27, 2009, defendant DANNY BILL DAVIS, falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from the Georgia Gun Store, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

70. On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy a Kel-Tec, model

Sub2000, 9mm caliber rifle at a gun show in the Northern District of Georgia from A-Z Guns, an FFL located in Macon, Georgia.

71. On June 27, 2009, defendant DANNY BILL DAVIS, falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from A-Z Guns, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

72. On June 28, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and DANNY BILL DAVIS, traveled to a gun show in the Northern District of Georgia in Gwinnett County.

73. On June 28, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused defendant DANNY BILL DAVIS to buy two Smith & Wesson, model SW40VE, .40 caliber pistols at a gun show in Norcross, Gwinnett County, Georgia from Frank's Gun Shop, an FFL located at 879 Old Cedartown Road, Lindale, Georgia.

74. On June 28, 2009, defendant DANNY BILL DAVIS, falsely stated in an ATF Form 4473 that he was the actual buyer of the firearm from Frank's Gun Shop, when in truth and fact, he was purchasing the firearm on behalf of defendant JEFFREY MARTIN COLON-MOORE, Jr.

All in violation of Title 18, United States Code, Section 371.

18

## COUNT THREE

From at least January 12, 2009 through June 28, 2009, within the Northern District of Georgia and elsewhere, defendants, JEFFREY MARTIN COLON-MOORE, Jr. and ALEXANDER QUINN, and others known and unknown to the grand jury did combine, conspire, confederate, agree, and have a tacit understanding with each other, to commit certain offenses against the United States as follows:

(a) engaging in the business of dealing in firearms without being licensed as a dealer, and in the course of such business to ship, transport, and receive any firearm in interstate commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

(b) knowingly to cause to be delivered to any contract carrier for transportation and shipment in interstate commerce to persons other than license dealers any package and other container in which there is any firearm without written notice to the carrier that such firearm is being transported and shipped.

### OBJECT

1.    To illegally purchase and acquire firearms in the Northern District of Georgia.

2.    To ship, transport and receive firearms in interstate commerce, by United Parcel Service (UPS), from the Northern District of Georgia to California.

19

3.    To engage in the business of dealing in firearms and selling them.

## MANNER AND MEANS

1.    Defendant JEFFREY MARTIN COLON-MOORE, Jr. traveled to gun shows and federally firearms licensees and used straw purchasers or nominees for the purpose of acquiring firearms in Georgia.

2.    At all times during this conspiracy, defendant ALEXANDER QUINN resided in California and ordered firearms from JEFFREY MARTIN COLON-MOORE, Jr. who resided in Georgia.

3.    Defendants JEFFREY MARTIN COLON-MOORE, Jr. and ALEXANDER QUINN used cellular telephones and text messaging to contact each other and to discuss the types of firearms to be ordered and shipped to California.

4.    Defendant JEFFREY MARTIN COLON-MOORE, Jr., aided and abetted by others known to the grand jury, delivered packages containing firearms to UPS, without notifying UPS of the contents, and for the purpose of having the firearms shipped and transported in interstate commerce from the Northern District of Georgia to locations in Vallejo, California which consisted of either vacant, abandoned or foreclosed homes.

5.    Defendant ALEXANDER QUINN sent payments for firearms by way of Western Union.

6.    At all times relevant to this indictment, neither JEFFREY MARTIN COLON-MOORE, Jr. nor ALEXANDER QUINN had a license to deal

20

in firearms.

OVERT ACTS

In furtherance of the conspiracy and to accomplish the objects thereof, the defendants JEFFREY MARTIN COLON-MOORE, Jr. and ALEXANDER QUINN, and others known and unknown to the grand jury committed and caused to be committed the following overt acts.

1.    Beginning at a date unknown, but not later than June 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. agreed to ship firearms from the Northern District of Georgia to defendant ALEXANDER QUINN by way of UPS or other contract carrier.

2.    On June 9, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr., aided and abetted by others known to the grand jury, caused firearms to be shipped by UPS from the Northern District of Georgia to Vallejo, California.

3.    On June 12, 2009, defendant ALEXANDER QUINN sent defendant JEFFREY MARTIN COLON-MOORE, Jr. the following text message about an attempt to send him money by Western Union: "They closed western till 8 in da am.  I get no signl [sic] in here. Call u after we finish grocery shopping.  No worries, yo loot will be coo wit me till 8 am."

4.    On June 16, 2009, defendants JEFFREY MARTIN COLON-MOORE, Jr. and DANNY BILL DAVIS traveled to Harold's Pawn Shop in Kennesaw, Georgia, where defendant JEFFREY MARTIN COLON-MOORE, Jr., a person convicted of an offense punishable by more than one year

of imprisonment, looked at and handled several firearms, including, a tactical Smith & Wesson pistol, a Glock pistol, a Skyy 9 millimeter pistol, a Keltec PLR and an AK-47 rifle.

5.    On or about June 18, 2009, defendant ALEXANDER QUINN sent the following text message to JEFFREY MARTIN COLON-MOORE, Jr. in which defendant ALEXANDER QUINN seeks to confirm a preexisting order for firearms:  "Was up my n**g* u ready 2 get this money or what? I need pf9's and plr 16's.  What's the hold up? M.O.B. sh*t fa life!!!"

6.    Again on or about June 18, 2009, defendant ALEXANDER QUINN sent the following text message to JEFFREY MARTIN COLON-MOORE, Jr. in which defendant ALEXANDER QUINN inquires about his request to order firearms:  "Was up my n**g*, we gonna do this or what? Im trying 2 keep dis money free so I can get right 2 ya. Don't start b*tching up now, lets ge . . ."

7.    Later, that same day, on June 18, 2009, defendant ALEXANDER QUINN sent the following text message to defendant JEFFREY MARTIN COLON-MOORE, Jr. in which defendant ALEXANDER QUINN asks defendant JEFFREY MARTIN COLON-MOORE, Jr. to ship the firearms: "Well send it and ill get them off."

8.    On June 23, 2009, defendant ALEXANDER QUINN sent the following text message to defendant JEFFREY MARTIN COLON-MOORE, Jr. asking defendant JEFFREY MARTIN COLON-MOORE, Jr. to provide the firearms that he agreed to provide: "Hey Jeff.  I really need that

tip for the plr that u promised.  Again u got me looking real bad. I know its just a tip 2 u.  But 2 me its b."

9.   On June 23, 2009, defendant ALEXANDER QUINN sent the following text message in which he asks defendant JEFFREY MARTIN COLON-MOORE, Jr. to ship the firearms because the customer who wants to buy firearms is getting impatient: "My hommie keeps asking me every day and im tired of giving the same b*th a$$ excuse that its one the way.  Can we please complete this transaction?"

10.   On June 26, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. made a telephone call to contact Cherokee Gun & Pawn about purchasing a Kel-Tec model PLR16 .223 caliber firearm.

11.   On June 26, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. inquired about buying a PSL16 (Kel-Tec model PLR 16 .223 caliber pistol) from ATF Special Agent Benjamin Gibbons, who was acting in undercover capacity.

12.   On June 27, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. caused J.R.D. to buy a Kel-Tec, model PLR-16, .223 caliber pistol from the Georgia Gun Store, an FFL located at 712 Winer Industrial Way, Lawrenceville, Georgia.

13.   On June 28, 2009, defendant JEFFREY MARTIN COLON-MOORE, Jr. was arrested after he purchased a Kel-Tec model PLR 16 .223 pistol from an ATF undercover agent in Marietta, Georgia.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE PROVISION

This indictment charges Defendant, JEFFREY MARTIN COLON-MOORE, Jr. with violations of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).  Upon such conviction of the offenses alleged in the Indictment, defendant JEFFREY MARTIN COLON-MOORE, Jr. shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following firearms: two Kel-Tec, model PLR16 .223 caliber firearms, two Smith & Wesson, model SW40VE, .40 caliber pistols, and two Kel-Tec, model Sub2000 9mm caliber rifles.

A _____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
ACTING UNITED STATES ATTORNEY

ZAHRA S. KARINSHAK
ASSISTANT UNITED STATES ATTORNEY
404-581-6324
Georgia Bar No. 407911

JOSEPH PLUMMER
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6055
Georgia Bar No. 003006

24